No. 91–8247.  HUNT *v.* LEGURSKY, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 91–8251.  MARSHALL *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 91–8257.  LIGHTFOOT *v.* MATTHEWS.  C. A. 1st Cir.  Certiorari denied.

No. 91–8262.  BLACKADDER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 91–8265.  PHILLIPS *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 91–8266.  LYLE *v.* MICHIGAN DEPARTMENT OF CORRECTIONS.  Sup. Ct. Mich.  Certiorari denied.

No. 91–8267.  ROBINSON *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 91–8269.  MANARITE *v.* CITY OF SPRINGFIELD, MASSACHUSETTS, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 91–8272.  TAYLOR *v.* VIRGINIA ET AL.  Cir. Ct. Chesterfield County, Va.  Certiorari denied.

No. 91–8278.  HOLSEY *v.* MURRAY.  C. A. 4th Cir.  Certiorari denied.

No. 91–8279.  EASTON *v.* GOLDSTEIN ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 91–8282.  REEVES *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 91–8283.  MEDERS *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 91–8285.  DAVENPORT *v.* ADLER.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 91–8295.  REUSCHER *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.